# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON TAYLOR, : | |
|     Plaintiff : | |
| : | No. 1:17-cv-196 |
| v. : | |
| : | (Judge Kane) |
| NEGESTI TAYLOR, : | |
|     Defendant : | (Magistrate Judge Mehalchick) |
| : | |

## ORDER

Before the Court in the above-captioned action is the March 27, 2017 Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 5), recommending dismissal of this case for failure to pay the filing fee in this matter or submit an application to proceed in forma pauperis, as directed by previous Order of this Court (Doc. No. 4). No timely objections have been filed.

**ACCORDINGLY**, on this 14th day of April 2017, upon review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 5) of Magistrate Judge Mehalchick;

2. Plaintiff's complaint is **DISMISSED** without prejudice; and

3. The Clerk of Court is directed to close the case.

                                          s/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania